Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

2008 APR 21 AM 10: 51

BY KW/+ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 1210

The person charged as Henry McDaniel now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Southern District of Illinois with Violation of Pre-Trial Release, in violation of Title 18 U.S.C. 3142.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 4/21/08.

[signature]

William Gardner
(Name)
~~Deputy United States Marshal~~ WG
Special Agent, FBI

Reviewed and Approved:

Dated: April 21, 2008

[signature]
Assistant United States Attorney

8

SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CRIMINAL NO. 98 CR 4 0 1 0 9 - JPG |
| v. | ) | Title 21, United States Code, Sections 841(a)(1) and 846 |
| HENRY McDANIEL, Defendant. | ) | |

FILED
OCT 07 1998
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

INDICTMENT

THE GRAND JURY CHARGES:

COUNT I

From at least in or about July of 1997, to in or about September 26, 1997, in White and Hamilton Counties, within the Southern District of Illinois, and elsewhere within the United States,

HENRY McDANIEL,

defendant herein, did knowingly and intentionally conspire and agree with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

FOREPERSON

W. CHARLES GRACE
United States Attorney

Recommended Bond: $5,000 Secured

TOTAL P.02

TOTAL P.005

88

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
99 JAN 27 PM 1:59
CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT IL
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 98-40109-JPG |
| HENRY McDANIEL, | ) | |
| Defendant. | ) | |

## ORDER REVOKING PRE-TRIAL RELEASE OF DEFENDANT

On government's Motion for Revocation of the Order granting Pre-Trial Release of the defendant having been read and considered, and this Court having found good cause for the relief therein requested, it is by this Court, this 27th day of January, 1997,

ORDERED that the Order granting pre-trial release in the case of *United States v. Henry McDaniel*, case number 98-40109-JPG, in the United States District Court for the Southern District of Illinois, be, and hereby is revoked pending a hearing before this Court of the Government's Appeal from said order.

DATE: January 27, 1999

J. Phil Gilbert

J. PHIL GILBERT, Chief Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 98-40109-JPG |
| HENRY McDANIEL, | ) | |
| Defendant. | ) | |

RECEIVED UNITED STATES MARSHAL JAN 27 2 39 PM '99 SOUTHERN DISTRICT IL BENTON, IL

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HENRY McDANIEL and bring him forthwith to the nearest judge to answer a Motion to Revoke Bond charging him with violation of conditions of release pursuant to Title 18, United States Code, Section 3142.

J. Phil Gilbert
Name of Issuing Officer

District Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 27, 1999 Benton, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $________ by ________________

** TOTAL PAGE.04 **