**Minutes of the United States District Court**
**Southern District of California**
**MAY 1, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

---

TAPE NO. JMA08-01-10:54-10:58

08MJ1210-JMA USA vs. HENRY MCDANIEL- 08244298 (C)

REMOVAL/ID HRG BERNARD SKOMAL, CJA

AUSA: TARA MCGRATH

---

DFT WAIVES IDENTITY HRG

WAIVER AND ORDER OF REMOVAL FILED

4 MINUTES